UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOHN CAPANIS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY BIANUCCI, et al.,<br><br>    Defendants. | Case No. 15-cv-01457-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing a new action for damages if his state court conviction is overturned or set aside.

**IT IS SO ORDERED**.

Dated: May 18, 2017

SUSAN ILLSTON
United States District Judge